ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKEY MARK DANIELS, | Case No. EDCV 09-01532 GAF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| ROD HOOPS, Sheriff, San Bernardino County, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is denied and dismissed without prejudice for the reasons set forth in the related Order.

DATED: September 2, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE